UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BREONNA COUNTRYMAN,<br><br>                  Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>                  Defendants. | CASE NO. C18-0187JLR<br><br>ORDER |

On February 22, 2018, the court entered an order directing Defendant Davis Shows NW, Inc. ("Davis Shows") to show cause demonstrating compliance with 28 U.S.C. § 1446(b) and demonstrating by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, under 28 U.S.C. §1332(a). (Order (Dkt. # 10).) Shortly before the court's order posted on the docket, Plaintiff Breonna Countryman filed a motion to remand based on similar but not identical grounds. (*See* Mot. (Dkt. # 8); *see also* Dkt.)

//

The court therefore ORDERS Davis Shows to respond jointly to all of the issues raised in both the court's order and Ms. Countryman's motion within the page limits provided by the local rules. *See* Local Rules W.D. Wash. LCR 7(e)(3). Davis Shows may submit its joint response according to the schedule for motions provided by the local rules, rather than the time specified in the court's order. *See id.* LCR 7(d)(3); (Order at 4.)

Dated this 23rd day of February, 2018.

JAMES L. ROBART
United States District Judge