Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BREONNA COUNTRYMAN, a single person,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE and/or JANE DOE, husband and wife; RAINIER AMUSEMENTS, LLC, A Washington corporation; LIVE NATION WORLDWIDE, INC., a Washington corporation; and DAVIS SHOWS NW, INC., a foreign corporation,<br><br>Defendants. | No. 2:18-cv-00187<br><br>JOINT STIPULATION AND ORDER FOR REMAND<br><br>**Note on Motion Calendar: March 15, 2018** |

## STIPULATION

COME NOW the parties to this matter by and through their counsel of record and hereby stipulate that, given the receipt yesterday of the attached verification from the Plaintiff regarding the damages being sought, the parties agree that the amount in controversy for federal diversity jurisdiction is not met, and this matter should be remanded to Snohomish County Superior Court, State of Washington, each party to bear its own costs and fees associated with removal and remand of this action.

JOINT STIPULATION AND ORDER FOR REMAND - 1
2:18-cv-00187
678534

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

DATED this 15th day of March, 2018.

                              PATTERSON BUCHANAN
                              FOBES & LEITCH, INC., P.S.

By: /s/ Patricia Buchanan
     Patricia K. Buchanan, WSBA 19892
     Of Attorneys for Davis Shows NW, Inc.
     2112 Third Avenue, Suite 500
     Seattle, WA 98121
     pkb@pattersonbuchanan.com

                              BRUMBACK LAW GROUP, PLLC

By: /s/ Scott Brumback
     M. Scott Brumback, WSBA No. 21720
     Of Attorneys for Plaintiffs
     P.O. Box 3210
     Union Gap, WA 98903
     Scott@BrumbackOttem.com

                              FLOYD, PFLUEGER & RINGER, P.S.

By: /s/ Amanda Daylong
     Francis S. Floyd, WSBA No. 10642
     Amanda D. Daylong, WSBA No. 48013
     Of Attorneys for Rainier Amusement and Live Nation, LLC
     200 W. Thomas Street, Suite 500
     Seattle, WA 98119
     ffloyd@floyd-ringer.com
     adaylong@floyd-ringer.com

JOINT STIPULATION AND ORDER FOR REMAND - 2
2:18-cv-00187
678534

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

1
2
3            [~~PROPOSED~~] ORDER
4    The Court, being fully advised in the premises and upon the above stipulation of the parties, hereby remands this matter to Snohomish County Superior Court, State of Washington, *for lack of subject matter jurisdiction* each party to bear its own costs and fees associated with the removal and remand of this action.

IT IS SO ORDERED.

Dated this 16th day of March, 2018

_____
United States District Judge
HONORABLE JAMES L. ROBART

JOINT STIPULATION AND ORDER FOR REMAND - 3
2:18-cv-00187
678534

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

## CERTIFICATE OF SERVICE

I, Teresa G. Jones hereby declare that on this 15th day of March, 2018, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| M. Scott Brumback<br>P.O. Box 8210<br>Union Gap, WA 98903<br>Scott@BrumbackOttem.com | ■ Electronic Mail<br>　ABC Legal Messenger Service<br>■ Regular U.S. Mail<br>　Other: _____ |
| Francis S. Floyd<br>Amanda D. Daylong<br>200 W. Thoms at, #500<br>Seattle, WA 98119<br>ffloyd@floyd-ringer.com<br>ADaylong@floyd-ringer.com | ■ Electronic Mail<br>■ ABC Legal Messenger Service<br>　Regular U.S. Mail<br>　Other: _____ |

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 15th day of March, 2018, at Seattle, Washington.

_/s/ Teresa Jones_
Teresa G. Jones
Legal Assistant

JOINT STIPULATION AND ORDER FOR REMAND - 4
2:18-cv-00187
678534

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701